UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL BAILEY,

       Plaintiff,

v.                                                  CASE NO. 3:19-cv-849-J-34JBT

BAKER COUNTY FLORIDA, et al.,

       Defendants.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on pro se Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, which the Court construes as a Motion to Proceed *In Forma Pauperis* ("Motion") (Doc. 2). For the reasons stated herein, the undersigned respectfully **RECOMMENDS** that the Motion be **DENIED** and the case be **DISMISSED without prejudice**.

In its prior Order (Doc. 5), the Court took the Motion under advisement and stated that, even liberally construed, Plaintiff's Complaint (Doc. 1) was deficient in several respects. For example, the Court recognized that "the 26-page Complaint constitutes a shotgun pleading that does not comply with Rule 8 because it is

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Local Rule 6.02.

disjointed, repetitive, disorganized, and barely comprehensible," and that it "also fails to sufficiently state any claim for relief." (Doc. 5 at 2.) Plaintiff appears to allege that after an unknown employee of SunTrust Bank erroneously told the Baker County Sheriff's Office that Plaintiff threatened to commit suicide, Plaintiff was injured and arrested by two Baker County Deputy Sheriffs and was refused proper medical treatment at the Baker County Jail. (*See* Doc. 1.) Plaintiff further alleges, without explanation, that these acts "facilitated the loss" of all of his property. (*Id.* at 22.)

The Court noted that, despite Plaintiff's conclusory references to numerous potential causes of action, "Plaintiff fails to sufficiently allege which claims he is attempting to bring against [each of the nine] Defendants, or which facts are relevant to each claim." (Doc. 5 at 4.) The Court also noted that the Complaint contains "improper and/or irrelevant information," and "requests multiple forms of relief that are not available in a civil action," including "that this Court: prevent certain medical personnel from practicing medicine in Florida; impeach and remove a state court judge from his position; and enjoin certain law enforcement officers from carrying guns or being employed by law enforcement agencies." (*Id.* at 4–5.) Thus, the Court concluded that "the Complaint constitutes a shotgun pleading that fails to comply with Rule 8 and fails to sufficiently state any claim for relief." (*Id.* at 5.)

Therefore, Plaintiff was ordered to "file an amended complaint in compliance with [the prior] Order" on or before September 9, 2019. (*Id.*) Plaintiff was cautioned

that if he "fails to do so, the undersigned will likely recommend that the District Judge deny the Motion and dismiss this action." (*Id.*)  To date, Plaintiff has not filed an amended complaint or taken any other action regarding this case.  For this reason, and the reasons stated in the prior Order, the undersigned recommends that this case be dismissed for Plaintiff's failure to state a claim on which relief may be granted and failure to prosecute.

Accordingly, it is respectfully **RECOMMENDED** that:

1. The Motion (**Doc. 2**) be **DENIED**.

2. The case be **DISMISSED without prejudice**.

3. The Clerk of Court be directed to terminate any pending motions and close the file.

**DONE AND ENTERED** at Jacksonville, Florida, on September 24, 2019.

*[signature: Joel B. Toomey]*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Pro Se Plaintiff

3